# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ORANGEBURG DIVISION

| | |
|---|---|
| WILLIAM M. WELLS, ) | Civil Action No. 5:15-cv-02144-JMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court on motion for entry of an order on payment of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412. (ECF No. 19.) Plaintiff's motion seeks reimbursement for Counsel's representation in the above-captioned matter in the amount of Three Thousand Eight Hundred and Thirty-eight dollars and Seventy Five cents ($3,838.75) in attorney's fees, Twenty dollars and Nineteen cents ($20.19) in expenses, and Four Hundred dollars ($400.00) in costs. The Commissioner does not oppose payment of attorney's fees. (ECF No. 20.)

The court has reviewed Plaintiff's Counsel's fee petition that was submitted and finds the request for fees reasonable. Therefore, Plaintiff is entitled to an award under the EAJA in the amount of Three Thousand Eight Hundred and Thirty-eight dollars and Seventy Five cents ($3,838.75) in attorney's fees, Twenty dollars and Nineteen cents ($20.19) in expenses, and Four Hundred dollars ($400.00) in costs.

---

1 Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Fed. R. Civ. P. 25(d), Nancy A. Berryhill is substituted for former Acting Commissioner Carolyn W. Colvin as a Defendant in this lawsuit.

In accordance with *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)) and, therefore, the court directs that fees be payable to Plaintiff and delivered to Plaintiff's counsel.

**IT IS SO ORDERED.**

J. Michelle Childs
United States District Judge

April 19, 2017
Columbia, SC